## In re WANNINGER'S ESTATE.

### (*Surrogate's Court, New York County.* November 28, 1888.)

EXECUTORS AND ADMINISTRATORS—TEMPORARY ADMINISTRATOR—APPOINTMENT.

The executor of a will which he is alleged to have procured through undue influence will not be appointed temporary administrator pending a contest of the will.

An alleged will of Anna Wanninger, produced for probate by Charles W. Wanninger, her son, who was by the will appointed sole executor, is contested by Peter W. Wanninger and Anna Metzger, other children of the deceased. The proponent petitions for the appointment of a temporary administrator.

*Leopold Wallach*, for proponent. *August P. Wagener*, for contestants.

RANSOM, S. Application for appointment of temporary administrator pending the contest. The executor seeks to be appointed. All parties are agreed that a temporary administrator should be named, but the contestants object to the executor, because he is charged with unduly influencing the decedent in making the will. This objection is well taken. *Cornwell* v. *Cornwell*, 1 Dem. Sur. 1; *Haas* v. *Childs*, 4 Dem. Sur. 137. Let an order be presented for the appointment of a temporary administrator other than the executor.